ACCEPTED
15-25-00106-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/24/2025 10:41 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00106-CV

**IN THE FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/24/2025 10:41:03 AM
CHRISTOPHER A. PRINE
Clerk

**In re Nonparty Patient No. 15,**

*Relator*

On Petition for a Writ of Mandamus
From the 493rd District Court of Collin County, Texas,
Cause No. 493-08026-2024
The Honorable Judge Christina A. Nowak, Presiding

## RELATOR'S UNOPPOSED MOTION TO SUBSTITUTE PAGE IN MANDAMUS RECORD

William M. Logan (Lead Counsel)
Texas Bar No. 24106214
Evan D. Lewis
Texas Bar No. 24116670
Olivia A. Wogon
Texas Bar No. 24137299

**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
wlogan@winston.com
edlewis@winston.com
owogon@winston.com

Jervonne D. Newsome
Texas Bar No. 24094869
Thanh D. Nguyen
Texas Bar No. 24126931
Jonathan Hung
Texas Bar No. 24143033

**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500
jnewsome@winston.com
tdnguyen@winston.com
johung@winston.com

*Counsel for Relator*
*Nonparty Patient No. 15*

Relator Nonparty Patient No. 15 ("Patient 15") asks that this Court substitute page M.R. 86 in Relator's Public Mandamus Record filed on June 19, 2025. That page requires additional redactions. A properly redacted substitute has been attached as Exhibit A.

Patient 15 has conferred with the State, and it does not oppose.

Dated: July 24, 2025

Respectfully submitted,

*/s/ Thanh D. Nguyen*

Jervonne D. Newsome (Lead Counsel)
Texas Bar No. 24094869
Thanh D. Nguyen
Texas Bar No. 24126931
Jonathan Hung
Texas Bar No. 24143033
jnewsome@winston.com
tdnguyen@winston.com
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

William M. Logan
Texas Bar No. 24106214
Evan D. Lewis
Texas Bar No. 24116670
Olivia A. Wogon
Texas Bar No. 24137299
wlogan@winston.com
edlewis@winston.com
owogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400

Houston, TX 77002
Telephone: (713) 651-2600

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with the State via email on July 24, 2025, and the State responded that it is unopposed.

*/s/ Thanh D. Nguyen*
Thanh D. Nguyen

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on all counsel of record through the Court's electronic filing system.

*/s/ Thanh D. Nguyen*
Thanh D. Nguyen

# Exhibit A

deluxe. PAYMENT EXCHANGE

Memo: WITNESS FEE
Delivery email: None
Payable to: ▮▮▮▮
Amount: $10.00
From: PROCESS TO PROCESS DELIVERIES
Check number: VV037
Issued date: 2025-05-12

For your records

Are you a business? To save time, money, and resources, make payments using Deluxe Payment Exchange. Call 1-877-333-6964 to get started today!

**Questions?** Visit eChecks.com or call 1-877-333-6964

**Does your financial institution have questions about this check?**

- This check was printed from an authorized check record. It is not a Check 21 Image Replacement Document.
- To confirm this check was issued by the account holder and details (pay to, amount, routing/account number) remain unmodified, the item's authenticity can be verified using the Deluxe Inc. Check Verification service at https://echecks.com/verify.

| Step 1 | Step 2 | Step 3 |
|---|---|---|
| **Print the check** | **Validate it printed correctly** | **Deposit like normal** |
| ✓ Any printer works | ✓ **Correct if bank numbers are:** | 1. **Cut on the dotted line above** |
| ✓ Black or color ink | Centered in white space | 2. **Endorse the back** |
| ✓ Basic white paper | Parallel to edge of the page | 3. **Deposit like normal:** |
| | Clearly printed in dark black ink | In-person at a bank or credit union |
| | ✗ **Reprint if bank numbers are:** | Using an ATM |
| | Cut off, skewed, or off-center | Via smartphone mobile deposit |
| | Smudged or wrinkled | With an office check scanner |
| | Too light to read | |

**How to use this check**

**Need help?** Visit eChecks.com or call 1-877-333-6964

**Check appears upside down intentionally**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

✂ Cut along this line

**PROCESS TO PROCESS DELIVERIES**
P.O. Box 681081
Houston, TX 77268

This is a Deluxe eCheck. The PAY TO THE ORDER OF line designates the Payee. For questions, call Deluxe Payment Exchange customer support at 1-877-333-6964. Ref: DCC5-597C

VV037

Date 05/12/2025
Void after 90 days

PAY TO THE ORDER OF ▮▮▮▮                    $ 10.00

Ten and 00/100 _____ Dollars

Bank Of America, N.A.

*Ashleigh Miller*

Memo WITNESS FEE

M.R. 86

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lucy Fowler on behalf of Thanh Nguyen
Bar No. 24126931
LFowler@winston.com
Envelope ID: 103532079
Filing Code Description: Motion
Filing Description: RELATOR'S UNOPPOSED MOTION TO SUBSTITUTE PAGE IN MANDAMUS RECORD
Status as of 7/24/2025 1:38 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David G. Shatto | | david.shatto@oag.texas.gov | 7/24/2025 10:41:03 AM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 7/24/2025 10:41:03 AM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 7/24/2025 10:41:03 AM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 7/24/2025 10:41:03 AM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 7/24/2025 10:41:03 AM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 7/24/2025 10:41:03 AM | SENT |

Associated Case Party: M. BrettCooper

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Avishay Moshenberg | 24083532 | avi.moshenberg@lmbusinesslaw.com | 7/24/2025 10:41:03 AM | SENT |
| Nicholas Lawson | | Nick.Lawson@lmbusinesslaw.com | 7/24/2025 10:41:03 AM | SENT |
| Barrington Dyer | | bdyer@willkie.com | 7/24/2025 10:41:03 AM | SENT |
| Jennifer Hardy | | jhardy2@willkie.com | 7/24/2025 10:41:03 AM | SENT |
| Emily Abbey | | eabbey@cooley.com | 7/24/2025 10:41:03 AM | SENT |
| Anika Holland | | anika.holland@cooley.com | 7/24/2025 10:41:03 AM | SENT |
| Simona Agnolucci | | sagnolucci@cooley.com | 7/24/2025 10:41:03 AM | SENT |
| Isabella McKinleyCorbo | | icorbo@cooley.com | 7/24/2025 10:41:03 AM | SENT |
| Zoe Packman | | zpackman@cooley.com | 7/24/2025 10:41:03 AM | SENT |
| Remy Carreiro | | rcarreiro@cooley.com | 7/24/2025 10:41:03 AM | SENT |
| Emma Rodriguez | | emma.rodriguez@cooley.com | 7/24/2025 10:41:03 AM | SENT |
| Rodolfo E. Rivera Aquino | | rriveraaquino@willkie.com | 7/24/2025 10:41:03 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lucy Fowler on behalf of Thanh Nguyen
Bar No. 24126931
LFowler@winston.com
Envelope ID: 103532079
Filing Code Description: Motion
Filing Description: RELATOR'S UNOPPOSED MOTION TO SUBSTITUTE PAGE IN MANDAMUS RECORD
Status as of 7/24/2025 1:38 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 7/24/2025 10:41:03 AM | SENT |
| Thanh Nguyen | | TDNguyen@winston.com | 7/24/2025 10:41:03 AM | SENT |
| Houston Docket | | ecf_houston@winston.com | 7/24/2025 10:41:03 AM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 7/24/2025 10:41:03 AM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 7/24/2025 10:41:03 AM | SENT |
| Jervonne Newsome | | jnewsome@winston.com | 7/24/2025 10:41:03 AM | SENT |
| Jonathan Hung | | johung@winston.com | 7/24/2025 10:41:03 AM | SENT |
| William Logan | | wlogan@winston.com | 7/24/2025 10:41:03 AM | SENT |
| Evan Lewis | | edlewis@winston.com | 7/24/2025 10:41:03 AM | SENT |
| Olivia Wogon | | owogon@winston.com | 7/24/2025 10:41:03 AM | SENT |
| Hon. Christine Nowak | | 493@collincountytx.gov | 7/24/2025 10:41:03 AM | SENT |